App. Div.] First Department, February, 1912.

Otto J. Schultz, Jr., Appellant, v. Otto J. Schultz, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John C. Tomlinson and Others, Respondents, v. Theodore E. Tomlinson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Central Trust Company of New York, as Trustee under the Deed of Trust Dated the 21st Day of December, 1894, etc., Plaintiff, v. Fannie Humphreys Gaffney, Respondent, Impleaded with Fredric (or Frederic) E. Humphreys, Appellant, and Jayta H. Von Wolf.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph M. Everett, Respondent, v. Leonard J. Field and Edwin Field, Appellants, Impleaded with John Sherwood, Defendant. C. Percy Tuttle, as Trustee in Bankruptcy of Joseph M. Everett, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alfred S. Witherbee and Sidney A. Witherbee, Appellants, v. Thomas H. Bowles and Others, Impleaded with Morris Carnegie, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. William Oakford. The People of the State of New York v. Edwin A. Weiss.— Motions granted.

James B. Young v. Edwin S. Brower. Meyer L. Sire v. Edward F. Browning.— Motions granted, unless appellants comply with terms stated in order.

Samuel P. Williams v. United Wireless Telegraph Company. (7 cases.) — Motions granted, with ten dollars costs of one motion.

Philipp Ohl v. Gillette Ice Machine Company.— Motion granted, with ten dollars costs.

Algernon S. Norton v. Adam Benz, Jr.— Motion granted, with ten dollars costs.

William D. Tyndall v. Pinelawn Cemetery.— Motion granted.

Dana J. Bugbee v. William I. Overstreet.— Motion for reargument denied, with ten dollars costs.

Dana J. Bugbee v. William I. Overstreet.— Motion granted. See memorandum. Order to be settled on notice.

Dana J. Bugbee v. William I. Overstreet.— Motion granted so far as to stay proceedings for twenty days to enable appellant to apply to a judge of the Court of Appeals for leave to appeal. Order to be settled on notice.

Bert K. Bloch v. Frank Bornat.— Motion denied, with ten dollars costs.

In the Matter of The Minnesota Phonograph Company.— Motion denied, with ten dollars costs.

The People of the State of New York v. Charles Rinkel.— Motion granted; time extended to February twentieth, on which date case must be on calendar for argument.

Color Photography Company v. John J. Donohue.— Motion denied, with ten dollars costs. Order to be settled on notice.